446 A.2d 692

Commonwealth v. Mileshosky, Appellant.

Argued March 30, 1981. Malcolm W. Berkowitz, for appellant; Ellen Mattleman, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and HESTER and JOHNSON, JJ.

Judgment of sentence affirmed.